RECEIVED
05 MAR 21 PM 2:20
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - ATLANTA
OCT 7 2004
LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

V.                          CRIMINAL NO. 1:95-CR-465-01

ENCRE DALONE STYLES   45839-019

### ORDER REVOKING SUPERVISED RELEASE - JUDGMENT AND COMMITMENT

On this 7TH day of OCTOBER, 2004, came the attorney for the government and the defendant appeared in person and with counsel, Daniel Kane.

A Probation Officer of this court having moved the court to revoke the Supervised Release heretofore granted the defendant on May 17, 1996, for the period of THREE (3) YEARS. The defendant having admitted that he violated his Supervised Release, and the Court having found that the defendant violated the terms and conditions of his Supervised Release, it is

ORDERED BY THE COURT that the said Supervised Release be, and the same hereby is revoked, and

IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to the custody of the Bureau of Prisons or their authorized representative for imprisonment for a period of TWELVE (12) MONTHS. No period of Supervised Release to follow. The Court Recommends that the defendant be confined in the Atlanta, Georgia area.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

DATED: October 7, 2004

_____
G. Ernest Tidwell
U.S. District Court Judge

Filed in Clerk's Office
October 7, 2004
LUTHER D. THOMAS, CLERK
BY: _____
Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAR 2 2 2005
LUTHER D. _____, Clerk
_____ Deputy Clerk